UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

----------------------------------------

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor | : Civil Action |
| | : |
| Plaintiff, | : File No. 08-1224 |
| | : |
| | : |
| v. | : |
| | : |
| Reconstruction Home and Health Care Center, Inc. doing business as Beechtree Care Center, formerly known As Reconstruction Home, Inc. | : CONSENT JUDGMENT : : : |
| | : |
| | : |
| | : |
| Defendant. | : |

----------------------------------------

Plaintiff, (the Secretary), has filed her complaint and defendant appeared by Counsel and has waived any defense which it may have and hereby agrees to the entry of this Judgment without contest. Defendant acknowledges its responsibilities pursuant to this Judgment, and acknowledges that it will be subject to sanctions in contempt of this Court if it fails to comply with the provisions of this Judgment. It is, therefore, upon motion of the attorneys for the Secretary and for good cause shown:

I.   ORDERED, ADJUDGED, AND DECREED that defendant Reconstruction Home and Health Care Center, Inc., its officers,

agents, employees, successors, and all persons acting or claiming to act in its behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of sections 6, 7, 11(c), 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, (29 U.S.C. Section 201 et seq.), (the Act), in any of the following manners:

(A) Defendant shall not, contrary to Section 6 of the Act, pay to any of its employees in any workweek who are employed in an enterprise engaged in commerce, within the meaning of the Act, wages at rates less than those which are now, or which in the future may become, applicable under Section 6 of the Act.

(B) Defendant shall not, contrary to Section 7 of the Act, employ any of its employees in any workweek who are employed in an enterprise engaged in commerce, within the meaning of the Act, for workweeks longer than the hours now, or which in the future become, applicable under Sections 7 and 15(a)(2) of the Act, unless the employees receive compensation for their employment in excess of the prescribed hours at rates not less than one and one-half times the employees' regular rates.

(C) Defendant shall not fail to make, keep, and preserve adequate records of its employees and of the wages, hours, and other conditions and practices of employment maintained by it as prescribed by the Regulations issued pursuant to Section 11(c) of the Act and found at 29 CFR Part 516.

2

Further, the Court finding, as agreed by Defendant that unpaid minimum wage and overtime compensation are to be paid certain employees in the amount of $68,900.30 plus $2,110.10 in interest according to Exhibit A attached, it is:

II. ORDERED, ADJUDGED, AND DECREED that the defendant Reconstruction Home and Healthcare Center, Inc. be restrained from withholding the payment of the $71,010.40 in minimum wage and overtime compensation and interest to the employees listed in Exhibit A, and be directed to make payment of the said compensation as specified below.

Defendants shall pay $68,900.30 plus $2,110.10 in interest to the employees listed on the attached Exhibit A on or before October 22, 2010. Payment of the aforesaid sum shall be made in 104 weekly installments in accordance with the schedule shown in Exhibit A attached hereto.   The distribution of the checks representing 1) the net amount of unpaid minimum wage and overtime compensation less legal deductions taken from the gross amounts due shall be performed by Defendant, under the supervision of and direction of the U.S. Department of Labor. Proof of payment in the form of copies of canceled checks shall be delivered to Assistant District Director Catherine Quinn-Kay, U.S. Department of Labor, Wage and Hour Division, U.S.

3

Courthouse & Federal Bldg., 100 South Clinton Street, Room 1247, Syracuse, New York 13202.

All proofs of payment shall be delivered to Plaintiff c/o Assistant District Director Catherine Quinn-Kay at the address listed above on or before **November 5, 2010**. On or before **November 19, 2010**, the total of any net funds that have not been delivered to a current or former employee because of a current or former employee's refusal to accept the back wages or for any other reason, shall be made payable by cashier's or certified check to "Wage and Hour-Labor" and delivered to Assistant District Director Catherine Quinn-Kay, U.S. Department of Labor, Wage and Hour Division, U.S. Courthouse & Federal Bldg., 100 South Clinton Street, Room 1247, Syracuse, New York 13202 together with a listing of employees and the respective net wage amounts found due. The listing shall specify the employees' name, social security number and net amount of wages. Plaintiff shall attempt to distribute such sums.

Any sums not distributed to the named employees, or to their personal representatives because of inability to locate the proper persons or because of such persons' refusal to accept such sums, shall be deposited by Plaintiff with the Clerk of this Court who shall deposit such money with the Treasurer of the United States pursuant to 28 U.S.C. §§2041 and 2042.

4

Neither defendant nor any one on its behalf shall directly or indirectly solicit or accept the return or refusal of any sums paid under this Judgment.

Defendant shall make available to plaintiff the social security number and last known address of each employee or former employee listed in Exhibit A of this judgment.

III.   ORDERED that if the defendants fail to make an installment payment on Exhibit A without making up the arrearage within two weeks after notice to defendant, the entire balance shall become due and payable immediately; and it is further

IV.   ORDERED, ADJUDGED AND DECREED that neither the commencement of this action nor the provisions of this consent judgment shall in any way affect, determine, or prejudice any and all legal rights of any employees of defendant not listed in Exhibit A, be they current or former employees, to file any action against Defendant under section 16(b) of the Act or likewise for any current or former employee to file any action against Defendant under section 16(b) of the Act for any violations alleged to have occurred after April 26, 2008.

V. It is FURTHER ORDERED, ADJUDGED, AND DECREED that each party shall bear its own fees and other expenses incurred by such party in connection with this proceeding.

DATED: 11/25/08

UNITED STATES DISTRICT JUDGE

Defendant appeared by counsel, has waived any further answer and any defense to the Complaint, and hereby consents to the entry of this Judgment.

BY: _____
President

_____
(Print name)
Reconstruction Home and Healthcare Center, Inc.

Attorneys for Defendant

**EXHIBIT A**

## U.S. DEPARTMENT OF LABOR

### Installment Amortization Schedule
### Installment Agreement Date: 09/26/2008

Case No:   1476083

Employer:  Beechtree Care Center

| | | |
|---|---|---|
| Beginning Payment Date: | 10/31/2008 | Ending Payment Date: **10/22/2010** |
| Total BW Amount: | $68,900.30 | Current Interest Rate: **3.0 %** Number Of Payments: **104** |
| Initial Payment: | $0.00 | Pay Period: **Weekly** |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| **Date Due        10/31/2008** | | | |
| Debra Glover | $662.50 | $1.42 | $663.92 |
| **Date Due        11/07/2008** | | | |
| Debra Glover | $662.50 | $1.03 | $663.53 |
| **Date Due        11/14/2008** | | | |
| Debra Glover | $662.50 | $0.64 | $663.14 |
| **Date Due        11/21/2008** | | | |
| Debra Glover | $438.56 | $0.26 | $438.82 |
| Constance Anderson | $46.97 | $0.11 | $47.08 |
| Anne Bell | $54.27 | $0.13 | $54.40 |
| Charlotte Hall | $122.70 | $1.30 | $124.00 |
| **Date Due        11/28/2008** | | | |
| Charlotte Hall | $435.15 | $0.25 | $435.40 |
| Elizabeth Irizarry | $123.69 | $0.36 | $124.05 |
| Diana MacKenzie | $103.66 | $2.60 | $106.26 |
| **Date Due        12/05/2008** | | | |
| Diana MacKenzie | $662.50 | $0.46 | $662.96 |
| **Date Due        12/12/2008** | | | |
| Diana MacKenzie | $126.34 | $0.07 | $126.41 |
| Beatrice Ngoze | $34.86 | $0.14 | $35.00 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Nora Plasencia Vela | $55.13 | $0.23 | $55.36 |
| Georgia Poludniak | $211.29 | $0.86 | $212.15 |
| Deborah Putman | $30.21 | $0.12 | $30.33 |
| Jestina Quigee | $20.54 | $0.08 | $20.62 |
| Christy Shaw | $23.88 | $0.10 | $23.98 |
| Mary Andrews | $160.25 | $1.15 | $161.40 |
| **Date Due   12/19/2008** | | | |
| Mary Andrews | $122.16 | $0.07 | $122.23 |
| Michelle Arroyo | $47.69 | $0.22 | $47.91 |
| Julianne Bacon | $38.25 | $0.18 | $38.43 |
| Jacalyn Avery | $446.79 | $2.08 | $448.87 |
| Daniel Banks | $7.61 | $17.29 | $24.90 |
| **Date Due   12/26/2008** | | | |
| Daniel Banks | $662.50 | $2.16 | $664.66 |
| **Date Due   01/02/2009** | | | |
| Daniel Banks | $662.50 | $1.77 | $664.27 |
| **Date Due   01/09/2009** | | | |
| Daniel Banks | $662.50 | $1.38 | $663.88 |
| **Date Due   01/16/2009** | | | |
| Daniel Banks | $662.50 | $1.00 | $663.50 |
| **Date Due   01/23/2009** | | | |
| Daniel Banks | $662.50 | $0.61 | $663.11 |
| **Date Due   01/30/2009** | | | |
| Daniel Banks | $384.74 | $0.22 | $384.96 |
| Sherry Carrican | $277.76 | $14.43 | $292.19 |
| **Date Due   02/06/2009** | | | |
| Sherry Carrican | $662.50 | $0.87 | $663.37 |
| **Date Due   02/13/2009** | | | |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Sherry Carrican | $662.50 | $0.48 | $662.98 |
| **Date Due 02/20/2009** | | | |
| Sherry Carrican | $164.46 | $0.10 | $164.56 |
| Gloria Crandall | $228.13 | $2.26 | $230.39 |
| Amy French | $269.91 | $20.80 | $290.71 |
| **Date Due 02/27/2009** | | | |
| Amy French | $662.50 | $1.07 | $663.57 |
| **Date Due 03/06/2009** | | | |
| Amy French | $662.50 | $0.68 | $663.18 |
| **Date Due 03/13/2009** | | | |
| Amy French | $502.87 | $0.29 | $503.16 |
| Patricia Grimes | $159.63 | $30.75 | $190.38 |
| **Date Due 03/20/2009** | | | |
| Patricia Grimes | $662.50 | $1.44 | $663.94 |
| **Date Due 03/27/2009** | | | |
| Patricia Grimes | $662.50 | $1.06 | $663.56 |
| **Date Due 04/03/2009** | | | |
| Patricia Grimes | $662.50 | $0.67 | $663.17 |
| **Date Due 04/10/2009** | | | |
| Patricia Grimes | $488.70 | $0.29 | $488.99 |
| Rachel Haynes | $173.80 | $22.15 | $195.95 |
| **Date Due 04/17/2009** | | | |
| Rachel Haynes | $662.50 | $0.82 | $663.32 |
| **Date Due 04/24/2009** | | | |
| Rachel Haynes | $662.50 | $0.44 | $662.94 |
| **Date Due 05/01/2009** | | | |
| Rachel Haynes | $83.22 | $0.05 | $83.27 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Blair MacLeod | $579.28 | $45.74 | $625.02 |
| **Date Due    05/08/2009** | | | |
| Blair MacLeod | $662.50 | $1.36 | $663.86 |
| **Date Due    05/15/2009** | | | |
| Blair MacLeod | $662.50 | $0.97 | $663.47 |
| **Date Due    05/22/2009** | | | |
| Blair MacLeod | $662.50 | $0.58 | $663.08 |
| **Date Due    05/29/2009** | | | |
| Blair MacLeod | $337.53 | $0.20 | $337.73 |
| Sarah Morey | $324.97 | $34.57 | $359.54 |
| **Date Due    06/05/2009** | | | |
| Sarah Morey | $662.50 | $0.93 | $663.43 |
| **Date Due    06/12/2009** | | | |
| Sarah Morey | $662.50 | $0.54 | $663.04 |
| **Date Due    06/19/2009** | | | |
| Sarah Morey | $261.73 | $0.15 | $261.88 |
| Kathy Bennett | $27.78 | $0.55 | $28.33 |
| Mary Lu Dellert | $372.99 | $36.37 | $409.36 |
| **Date Due    06/26/2009** | | | |
| Mary Lu Dellert | $662.50 | $0.85 | $663.35 |
| **Date Due    07/03/2009** | | | |
| Mary Lu Dellert | $662.50 | $0.47 | $662.97 |
| **Date Due    07/10/2009** | | | |
| Mary Lu Dellert | $136.02 | $0.08 | $136.10 |
| Deborah Eastman | $526.48 | $76.01 | $602.49 |
| **Date Due    07/17/2009** | | | |
| Deborah Eastman | $662.50 | $1.75 | $664.25 |

| | EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|---|
| **Date Due   07/24/2009** | | | | |
| | Deborah Eastman | $662.50 | $1.36 | $663.86 |
| **Date Due   07/31/2009** | | | | |
| | Deborah Eastman | $662.50 | $0.97 | $663.47 |
| **Date Due   08/07/2009** | | | | |
| | Deborah Eastman | $662.50 | $0.59 | $663.09 |
| **Date Due   08/14/2009** | | | | |
| | Deborah Eastman | $345.03 | $0.20 | $345.23 |
| | Georgianne Farman | $142.50 | $3.49 | $145.99 |
| | Dorothy Graham | $137.54 | $3.37 | $140.91 |
| | Mary Hatch | $37.43 | $71.80 | $109.23 |
| **Date Due   08/21/2009** | | | | |
| | Mary Hatch | $662.50 | $1.69 | $664.19 |
| **Date Due   08/28/2009** | | | | |
| | Mary Hatch | $662.50 | $1.30 | $663.80 |
| **Date Due   09/04/2009** | | | | |
| | Mary Hatch | $662.50 | $0.91 | $663.41 |
| **Date Due   09/11/2009** | | | | |
| | Mary Hatch | $662.50 | $0.53 | $663.03 |
| **Date Due   09/18/2009** | | | | |
| | Mary Hatch | $243.07 | $0.14 | $243.21 |
| | Sharon Mayers | $419.43 | $77.93 | $497.36 |
| **Date Due   09/25/2009** | | | | |
| | Sharon Mayers | $662.50 | $1.41 | $663.91 |
| **Date Due   10/02/2009** | | | | |
| | Sharon Mayers | $662.50 | $1.03 | $663.53 |
| **Date Due   10/09/2009** | | | | |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Sharon Mayers | $662.50 | $0.64 | $663.14 |
| **Date Due   10/16/2009** | | | |
| Sharon Mayers | $435.50 | $0.25 | $435.75 |
| Rita McEver | $227.00 | $14.34 | $241.34 |
| **Date Due   10/23/2009** | | | |
| Rita McEver | $255.01 | $0.15 | $255.16 |
| Sandra States | $407.49 | $41.57 | $449.06 |
| **Date Due   10/30/2009** | | | |
| Sandra States | $662.50 | $0.56 | $663.06 |
| **Date Due   11/06/2009** | | | |
| Sandra States | $300.48 | $0.18 | $300.66 |
| Kathy Peabody | $45.90 | $1.45 | $47.35 |
| Patricia Morse | $316.12 | $16.18 | $332.30 |
| **Date Due   11/13/2009** | | | |
| Patricia Morse | $197.62 | $0.12 | $197.74 |
| Susan Compton | $223.85 | $7.18 | $231.03 |
| Rebecca Wager | $241.03 | $63.82 | $304.85 |
| **Date Due   11/20/2009** | | | |
| Rebecca Wager | $662.50 | $1.02 | $663.52 |
| **Date Due   11/27/2009** | | | |
| Rebecca Wager | $662.50 | $0.63 | $663.13 |
| **Date Due   12/04/2009** | | | |
| Rebecca Wager | $423.12 | $0.25 | $423.37 |
| Rebecca Bargher | $139.38 | $4.72 | $144.10 |
| Diana Baldwin | $29.34 | $0.99 | $30.33 |
| Dina Gaffney | $70.66 | $3.89 | $74.55 |
| **Date Due   12/11/2009** | | | |
| Dina Gaffney | $44.43 | $0.03 | $44.46 |

| EE Name /<br>3rd Party | Principal | Interest | Total<br>Payment |
|---|---|---|---|
| Darlene O'Neill | $452.31 | $15.56 | $467.87 |
| Kimberly Bean | $165.76 | $6.20 | $171.96 |
| **Date Due    12/18/2009** | | | |
| Kimberly Bean | $14.48 | $0.01 | $14.49 |
| Kellie Mott | $386.65 | $13.53 | $400.18 |
| Theresa Neal | $261.37 | $12.76 | $274.13 |
| **Date Due    12/25/2009** | | | |
| Theresa Neal | $103.32 | $0.06 | $103.38 |
| Lashana Sutton | $292.52 | $10.41 | $302.93 |
| Lanetta Stuckey | $266.66 | $16.95 | $283.61 |
| **Date Due    01/01/2010** | | | |
| Lanetta Stuckey | $209.62 | $0.12 | $209.74 |
| Sharon Martin | $119.76 | $4.33 | $124.09 |
| Jamie Fisher | $245.14 | $8.87 | $254.01 |
| Catherine Bradford | $87.98 | $89.86 | $177.84 |
| **Date Due    01/08/2010** | | | |
| Catherine Bradford | $662.50 | $1.40 | $663.90 |
| **Date Due    01/15/2010** | | | |
| Catherine Bradford | $662.50 | $1.01 | $663.51 |
| **Date Due    01/22/2010** | | | |
| Catherine Bradford | $662.50 | $0.63 | $663.13 |
| **Date Due    01/29/2010** | | | |
| Catherine Bradford | $409.28 | $0.24 | $409.52 |
| Jodi Humulock | $253.22 | $27.13 | $280.35 |
| **Date Due    02/05/2010** | | | |
| Jodi Humulock | $451.58 | $0.26 | $451.84 |
| Ida Haynes | $210.92 | $97.38 | $308.30 |
| **Date Due    02/12/2010** | | | |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Ida Haynes | $662.50 | $1.33 | $663.83 |
| **Date Due   02/19/2010** | | | |
| Ida Haynes | $662.50 | $0.94 | $663.44 |
| **Date Due   02/26/2010** | | | |
| Ida Haynes | $662.50 | $0.56 | $663.06 |
| **Date Due   03/05/2010** | | | |
| Ida Haynes | $293.10 | $0.17 | $293.27 |
| Tina Little | $369.40 | $46.10 | $415.50 |
| **Date Due   03/12/2010** | | | |
| Tina Little | $662.50 | $0.43 | $662.93 |
| **Date Due   03/19/2010** | | | |
| Tina Little | $81.12 | $0.05 | $81.17 |
| Nancy Mott | $310.50 | $13.22 | $323.72 |
| Jeannie Smith | $270.88 | $34.85 | $305.73 |
| **Date Due   03/26/2010** | | | |
| Jeannie Smith | $547.52 | $0.32 | $547.84 |
| Sarah Roberson | $114.98 | $7.67 | $122.65 |
| **Date Due   04/02/2010** | | | |
| Sarah Roberson | $62.63 | $0.04 | $62.67 |
| Kara Eaton | $119.84 | $5.24 | $125.08 |
| Lisa Tedora | $24.89 | $1.09 | $25.98 |
| Marilyn Moravec | $455.14 | $129.98 | $585.12 |
| **Date Due   04/09/2010** | | | |
| Marilyn Moravec | $662.50 | $1.47 | $663.97 |
| **Date Due   04/16/2010** | | | |
| Marilyn Moravec | $662.50 | $1.08 | $663.58 |
| **Date Due   04/23/2010** | | | |
| Marilyn Moravec | $662.50 | $0.69 | $663.19 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| **Date Due   04/30/2010** | | | |
| Marilyn Moravec | $528.44 | $0.31 | $528.75 |
| Karla Gardiner | $134.06 | $12.96 | $147.02 |
| **Date Due   05/07/2010** | | | |
| Karla Gardiner | $147.06 | $0.09 | $147.15 |
| JoAnn Collacchi | $515.44 | $38.10 | $553.54 |
| **Date Due   05/14/2010** | | | |
| JoAnn Collacchi | $301.03 | $0.18 | $301.21 |
| Mary Reid | $230.67 | $10.90 | $241.57 |
| Bobbi Eaton | $130.80 | $109.76 | $240.56 |
| **Date Due   05/21/2010** | | | |
| Bobbi Eaton | $662.50 | $1.28 | $663.78 |
| **Date Due   05/28/2010** | | | |
| Bobbi Eaton | $662.50 | $0.89 | $663.39 |
| **Date Due   06/04/2010** | | | |
| Bobbi Eaton | $662.50 | $0.51 | $663.01 |
| **Date Due   06/11/2010** | | | |
| Bobbi Eaton | $204.51 | $0.12 | $204.63 |
| Victoria Peterson | $457.99 | $100.09 | $558.08 |
| **Date Due   06/18/2010** | | | |
| Victoria Peterson | $662.50 | $0.91 | $663.41 |
| **Date Due   06/25/2010** | | | |
| Victoria Peterson | $662.50 | $0.52 | $663.02 |
| **Date Due   07/02/2010** | | | |
| Victoria Peterson | $235.59 | $0.14 | $235.73 |
| Eva Smith | $426.91 | $77.62 | $504.53 |
| **Date Due   07/09/2010** | | | |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Eva Smith | $662.50 | $0.63 | $663.13 |
| **Date Due     07/16/2010** | | | |
| Eva Smith | $422.74 | $0.25 | $422.99 |
| Matthew Mallacoccio | $239.76 | $16.81 | $256.57 |
| **Date Due     07/23/2010** | | | |
| Matthew Mallacoccio | $80.43 | $0.05 | $80.48 |
| Megan Hall | $72.64 | $3.86 | $76.50 |
| Tracy Lutzy | $44.19 | $2.35 | $46.54 |
| Yvonne Praschma | $465.24 | $121.21 | $586.45 |
| **Date Due     07/30/2010** | | | |
| Yvonne Praschma | $662.50 | $1.06 | $663.56 |
| **Date Due     08/06/2010** | | | |
| Yvonne Praschma | $662.50 | $0.67 | $663.17 |
| **Date Due     08/13/2010** | | | |
| Yvonne Praschma | $493.20 | $0.29 | $493.49 |
| Antoinette Andrus | $27.66 | $1.51 | $29.17 |
| Arthur Updike | $112.73 | $6.19 | $118.92 |
| Joann Zehr | $28.91 | $35.92 | $64.83 |
| **Date Due     08/20/2010** | | | |
| Joann Zehr | $626.19 | $0.37 | $626.56 |
| Kelli Reid | $36.31 | $6.35 | $42.66 |
| **Date Due     08/27/2010** | | | |
| Kelli Reid | $78.21 | $0.05 | $78.26 |
| Sally DeNise | $52.26 | $2.93 | $55.19 |
| Samantha Russo | $171.05 | $9.58 | $180.63 |
| Arin Forshee | $338.51 | $18.96 | $357.47 |
| James Jackson | $22.47 | $1.44 | $23.91 |
| **Date Due     09/03/2010** | | | |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| James Jackson | $3.31 | $0.00 | $3.31 |
| Mae Sheffield | $150.46 | $8.52 | $158.98 |
| Kathie Kline | $328.09 | $18.57 | $346.66 |
| Julie Ayers | $180.64 | $31.58 | $212.22 |
| **Date Due    09/10/2010** | | | |
| Julie Ayers | $377.61 | $0.22 | $377.83 |
| Zsofia Franck | $66.99 | $3.83 | $70.82 |
| Linda Pangburn | $217.90 | $73.79 | $291.69 |
| **Date Due    09/17/2010** | | | |
| Linda Pangburn | $662.50 | $0.63 | $663.13 |
| **Date Due    09/24/2010** | | | |
| Linda Pangburn | $410.54 | $0.24 | $410.78 |
| Karen Pomeroy | $55.70 | $3.25 | $58.95 |
| Tina Smith | $196.26 | $18.09 | $214.35 |
| **Date Due    10/01/2010** | | | |
| Tina Smith | $113.85 | $0.07 | $113.92 |
| Diana Vaughn-Russell | $297.06 | $17.50 | $314.56 |
| Michelle Conway | $226.19 | $13.32 | $239.51 |
| Gladys Sirvent | $25.40 | $24.28 | $49.68 |
| **Date Due    10/08/2010** | | | |
| Gladys Sirvent | $386.71 | $0.23 | $386.94 |
| Regina Fulcher | $48.29 | $2.88 | $51.17 |
| Deborah Smolenyak | $227.50 | $54.00 | $281.50 |
| **Date Due    10/15/2010** | | | |
| Deborah Smolenyak | $662.50 | $0.40 | $662.90 |
| **Date Due    10/22/2010** | | | |
| Deborah Smolenyak | $17.50 | $0.01 | $17.51 |
| Lisa Evertz | $26.60 | $1.61 | $28.21 |
| Laura Bolt | $149.37 | $9.06 | $158.43 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Cindy Poorman | $143.50 | $8.70 | $152.20 |
| Donna Sears | $176.38 | $10.70 | $187.08 |
| Margaret Sullivan | $108.64 | $6.59 | $115.23 |
| Su'Tia Anderson | $40.81 | $2.48 | $43.29 |
|  | $68,900.30 | $2,110.10 | $71,010.40 |

RESOLVED, that the corporation, Reconstruction Home and Healthcare Center, Inc., hereby ratifies and confirms the offer made to ELAINE L. CHAO, Secretary of Labor, with respect to the violations of the Fair Labor Standards Act of 1938, as amended, and that the said corporation consents to the entry of a judgment against it, said judgment to be entered in an action which has been filed by ELAINE L. CHAO, Secretary of Labor, against the corporation ~~and the officers of the corporation~~ be, and ~~they~~ hereby ~~are~~ authorized to do and perform all acts and things necessary to effectuate the provisions of said judgment and any or all stipulations, amendments and changes therein.

The undersigned, _DoNNA L. GEORGE_ , secretary of Reconstruction Home and Healthcare Center, Inc. hereby certifies that the foregoing is a true copy of a resolution adopted by the Board of Directors at a meeting of said Board on October _28_ , 2008.  The undersigned further certifies that _Tony Votaw_ whose signature appears below is President of said corporation and that he has duly been authorized by said resolution to execute the aforementioned consent to the entry of said judgment on behalf of the corporation.

_Donna L. George_

SECRETARY

CORP.
SEAL

PRESIDENT

STATE OF NEW YORK        )

                          :SS:

COUNTY OF *Tompkins*    )


On the *28th* day of October 2008 before me came *Donna L. George*, to me known, who, being by me duly sworn, did depose and say that he/she is the Secretary of Reconstruction Home and Healthcare Center, Inc., the corporation described in and which executed the foregoing instrument; that he/she knows the seal of the said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation; and that he/she signed his/her name thereto by like order.

                                     ROBIN CARLISLE PECK
                           Notary Public, State of New York
                              No. 01CA4834063
                            Qualified in Seneca County
              My commission expires Oct. 31, 20*09*

NOTARY PUBLIC


STATE OF NEW YORK        )

                          :SS:

COUNTY OF *Tompkins*)


On the *28th* day of October 2008 before me personally appeared *Tony Votaw* to me known and known to me to be the individual described in and who executed the foregoing instrument and he duly acknowledged to me that he executed the same.

                                        ROBIN CARLISLE PECK
                              Notary Public, State of New York
                              No. 01CA4834063
                              Qualified in Seneca County
              My commission expires Oct. 31, 20*09*

NOTARY PUBLIC